UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID FLORENCE,<br><br>    Plaintiff,<br><br>    v.<br><br>J. BEARDS, et al.,<br><br>    Defendants. | No. 2:19-cv-01441-JDP (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME<br><br>ECF No. 15 |

Plaintiff has filed a motion for extension of time to file an amended complaint. Good cause appearing, it is hereby ordered that:

1. Plaintiff's motion for an extension of time, ECF No. 15, is granted; and

2. Plaintiff is granted forty days from the date of entry of this order in which to file an amended complaint.

IT IS SO ORDERED.

Dated:   November 12, 2020                               _____
                                                          JEREMY D. PETERSON
                                                          UNITED STATES MAGISTRATE JUDGE