UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID FLORENCE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>J. BEARDS, *et. al*.,<br><br>　　　　　Defendants. | Case No.  2:19-cv-01441-WBS-JDP (PC)<br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS AND DIRECTING PLAINTIFF TO FILE AN AMENDED COMPLAINT<br><br>ECF No. 21 |

　　　　On January 6, 2021, I recommended that this case be dismissed for plaintiff's repeated inclusion of unrelated claims against multiple defendants in his complaints.  ECF No. 21.  Plaintiff filed objections and, for the first time, stated a willingness to proceed only with claims against one defendant—B. Johnson.  ECF No. 22 at 7.  Rather than force any future defendant to navigate the current complaint's tangled claims, I will withdraw my recommendations and allow plaintiff a final chance to amend.  His amended complaint should be filed within thirty days of this order's entry and contain only related claims.  If plaintiff does not amend his complaint, or if he files an amended complaint that again contains unrelated claims, I will recommend dismissal.

　　　　　　Accordingly, it is ORDERED that:

　　1.　　My findings and recommendations, ECF No. 21, are vacated.

　　2.　　Plaintiff must file an amended complaint within thirty days of this order's entry.

1

3. Failure to comply with this order will result in a recommendation that this case be dismissed.

IT IS SO ORDERED.

Dated:   February 10, 2021

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2