1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    DAVID FLORENCE,                          Case No.  2:19-cv-01441-WBS-JDP (PC)

12                       Plaintiff,            FINDINGS AND RECOMMENDATIONS
                                              THAT THIS CASE BE DISMISSED WITHOUT
13           v.                               PREJUDICE FOR FAILURE TO COMPLY
                                              WITH COURT INSTRUCTIONS
14    J. BEARDS, *et al.*,
                                              ECF No. 24
15                       Defendants.
                                              OBJECTIONS DUE IN FOURTEEN DAYS
16

17

18           Plaintiff David Florence, a state prisoner, now proceeds on his fourth amended complaint,

19    ECF No. 24.  This case has been at the screening stage since its filing in July 2019, ECF No. 1,

20    because plaintiff has repeatedly ignored court instructions.  In April 2020, Judge Brennan

21    informed plaintiff that multiple, unrelated claims against more than one defendant could not

22    proceed.  ECF No. 9 at 3.  Judge Brennan did so again in September 2020.  ECF No. 13 at 2-3.  In

23    October 2020, the case was reassigned to me.  ECF No. 14.  In January of 2021, I screened

24    plaintiff's third amended complaint and found that, once again, plaintiff had joined multiple,

25    unrelated claims against more than one defendant.  ECF No. 21.  I recommended that this case be

26    dismissed for failure to follow court instructions.  *Id.*  Plaintiff filed objections to those

27    recommendations and indicated, for the first time, a willingness to narrow his claims.  ECF No.

28

1

22 at 6-8.  I withdrew my findings and recommendations and instructed plaintiff to file an amended complaint containing only related claims.  ECF No. 23 at 1.  I warned him that I would again recommend dismissal if the new complaint contained unrelated claims.  *Id.*

The fourth amended complaint contains at least two unrelated claims.  First, plaintiff alleges that defendants B. Johnson, J. Lewis, and D. Fields violated his due process rights by falsely accusing him of involvement in a prison riot and convicting him in subsequent disciplinary proceedings.  ECF No. 24 at 11-13.  Second, plaintiff alleges that defendant B. Johnson sexually assaulted him by touching his shoulder and buttocks.  *Id.* at 14-15.  There are also other First Amendment retaliation claims that I find it unnecessary to describe.  *Id.* at 16-19.

In accordance with my prior order, ECF No. 23, and for the same reasons I described in my prior findings and recommendations, ECF No. 21 at 3-4, I will once again recommend that this action be dismissed for failure to follow court instructions.  The principle that amendment should be freely granted is not unlimited and should not be used to unleash an endless cycle of amendment.  Plaintiff has been given ample opportunity to correct his pleadings.  At this point, I can only conclude that he is unwilling to do so.

I RECOMMEND that this case be dismissed without prejudice for plaintiff's failure to prosecute and follow court instructions.

This recommendation will be submitted to the U.S. district judge presiding over the case under 28 U.S.C. § 636(b)(1)(B) and Local Rule 304.  Within fourteen days of the service of these findings and recommendations, the parties may file written objections with the court and serve a copy on all parties.  That document must be captioned "Objections to Magistrate Judge's Findings and Recommendations."  The presiding district judge will then review the findings and recommendations under 28 U.S.C. § 636(b)(1)(C).

IT IS SO ORDERED.

Dated:    __March 30, 2021__                          _____
                                                     JEREMY D. PETERSON
                                                     UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28